No. 1294, Misc. DODRILL v. WEST VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 1307, Misc. JONES v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1319, Misc. TREVATHAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1348, Misc. SANDERS v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *James L. Guilmartin* and *Stanley Jay Bartel* for petitioner. *Solicitor General Griswold* for the United States.

No. 1393, Misc. BAKER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Robert Kasanof* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 1434, Misc. MOORE v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. *Gary K. Nelson,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for respondent.

No. 1495, Misc. CHACON v. NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 1558, Misc. BARKLEY v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Walters,* and *Thomas L. Stapleton* for respondent.